UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY R. LeBLANC,

        Plaintiff,                    Case No. 1:16-cv-540

v.                                       Honorable Paul L. Maloney

PAMELA L. LIGHTVOET,

        Defendant.
_____/

**JUDGMENT**

      In accordance with the Opinion filed this date:

      IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c), on grounds of immunity and failure to state a claim.

Dated:   May 27, 2016                /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge